No. 10–1065. O. K. INDUSTRIES, INC., ET AL. v. BEEN ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–1069. McDONALD v. OVERNITE EXPRESS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–1086. LIBERTY APPAREL CO., INC., ET AL. v. LING NAN ZHENG ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–1101. LOCKWOOD v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 10–1103. ROSALES ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 10–1112. ISMAIL v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 10–1116. BURLEIGH v. MONTEREY COUNTY, CALIFORNIA, ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–1118. LEWIS v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 10–1127. RODNEY v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 10–1142. SELIG v. ROESHMAN. Super. Ct. Pa. Certiorari denied.

No. 10–1159. GARCIA-LAWSON v. LAWSON. C. A. 11th Cir. Certiorari denied.

No. 10–1180. KRAL ET AL. v. CITY OF CHICAGO, ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–1188. ADAIR ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 10–1190. CINTRON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.